**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIA LIN ZHANG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERIC ARNOLD, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-2795 R (SS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 6, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE